



# MAP OF DEFINITE LOCATION
## ANNIE SUNN LANE

Located in the NE 1/4 of the NE 1/4 of Section 16, in the SE 1/4 of the SE 1/4 of Section 9, in the NW 1/4 of the NW 1/4 of Section 15, and in the SW 1/4 of the SW 1/4 of Section 10, all in T41N, R5E, Town of Lac du Flambeau, Vilas County, Wisconsin

### Description of Annie Sunn Lane on BIA Tract 432-T 2047, BIA Tract 432-7A51, and BIA Tract 432-7G16, as defined by 25 CFR 169.2

A parcel of land located in the Northeast Quarter of the Northeast Quarter of Section 16, in the Southeast Quarter of the Southeast Quarter of Section 9, in the Northwest Quarter of the Northwest Quarter of Section 15, and in the Southwest Quarter of the Southwest Quarter of Section 10, all in Township 41 North, Range 5 East, of the 4th Principal Meridian, Town of Lac du Flambeau, Vilas County, Wisconsin, more particularly described as follows:

Commencing at the Northeast Corner of Section 16, marked by an iron rod, thence N0°56'22"W, along the west line of the Southwest Quarter of the Southwest Quarter of Section 10, a distance of 33.00 feet to the northerly right of way of Annie Sunn Lane and the place of beginning of the exterior boundary of the right of way of Annie Sunn Lane.

Thence N88°26'53"E, a distance of 1345.56 feet to the east line of the Southwest Quarter of the Southwest Quarter; thence S0°56'30"E, along said east line, a distance of 32.93 feet to the West Sixteenth Corner between Sections 10 and 15; thence S0°28'39"E, along the east line of the Northwest Quarter of the Northwest Quarter of Section 15, a distance of 33.08 feet to the southerly right of way of Annie Sunn Lane; thence S88°26'53"W, a distance of 1345.33 feet to the east line of the Northeast Quarter of the Northeast Quarter of Section 16; thence N89°54'41"W, a distance of 513.97 feet to a point; thence N7°47'14"E, a distance of 33.30 feet to the south line of the Southeast Quarter of the Southeast Quarter of Section 9; thence N89°54'41"W, along said south line, a distance of 66.60 feet to the westerly right of way of Annie Sunn Lane; thence N7°47'14"E, along said westerly right of way, a distance of 33.30 feet to the northerly right of way of Annie Sunn Lane; thence S89°54'41"E, along said northerly right of way, a distance of 570.51 feet to the place of beginning.

That portion of Annie Sunn Lane described above contains 2.86 acres.

I, Emily K. Pierce, Professional Land Surveyor No. S-2728, hereby certify that I have surveyed the property shown hereon; that this map represents an accurate survey of said property to the best of my knowledge and belief; that I have performed this survey by order of First American Corporation and Chicago Title Land Trust; and that I have complied with the requirements of Wisconsin Administrative Code A-E 7.
STEIGERWALDT LAND SURVEYING, LLC

*Emily K. Pierce*
Professional Land Surveyor No. S-2728
Dated this March 5, 2019
Field work completed on February 28, 2019



EMILY K. PIERCE
S-2728
TOMAHAWK, WI
3-05-19

| | | |
|---|---|---|
| **STEIGERWALDT LAND SURVEYING, LLC** | | |
| 856 NORTH 4TH STREET, TOMAHAWK, WI 54487　PHONE #: (715) 453-3274　FAX #: (715) 453-8325　www.steigerwaldt.com | | |
| JOB #: 6052 | DWG #: 6052 Annie Sunn Lane | Sheet 3 of 3 |