UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD AND BONNIE POLLARD,
et al.

       Plaintiffs,       Case No. 3:23-CV-135

    v.

JOHN JOHNSON, SR.,
et al.

       Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

This matter comes before the Court on Plaintiffs' Motion of Preliminary Injunction. Upon the Court's consideration of the evidence and all materials filed and presented in the above-captioned matter, the Court GRANTS the Motion and orders:

1.  That Defendants shall remove, or cause to be removed, any and all barricades and other impediments to ingress and egress over Annie Sunn Lane, Center Sugarbush Lane, East Ross Allen Lake Lane, and Elsie Lake Lane (the "Roadways") in the Town of Lac du Flambeau, Wisconsin within 8 hours after notice of entry of this Order, so that the Roadways are immediately opened, and kept open, for public use, and the Defendants shall remove, or cause to be removed, any and all recording devices, such as cameras, monitoring the Plaintiffs' use of the Roadways within 8 hours after notice of entry of this Order; and

2.  That Defendants, their employees, agents and representatives, and all persons acting in concert or in participation with them, shall be restrained from maintaining or erecting, or causing to be maintained or erected, or allowing any other person to maintain or erect, any barricade or other means of blocking access over the Roadways so that Plaintiffs and the other

residents with homes served by the Roadways, as well as their respective families, guests and invitees, may freely travel to and from their properties, and the Defendants, their employees, agents and representatives, and all persons acting in concert or in participation with them, shall be restrained from installing recording devices, such as cameras, monitoring the use of the Roadways.

Defendants are further ordered to preserve all documents and evidence related to this matter.

Subject to further Order from this Court, the relief granted herein shall remain in full force and effect until the final disposition of the above-captioned case.

Dated this _____ day of _____, 2023.

BY THE COURT:

_____

The Honorable _____