**EXHIBIT D**





# MAP OF DEFINITE LOCATION
# ELSIE LAKE LANE

**Located in Gov't Lot 2 of Section 30, T41N, R6E,**
**Town of Lac du Flambeau, Vilas County,**
**Wisconsin**

**Description of Elsie Lake Lane on BIA Tract 432-7H60, as defined by 25 CFR 169.2**

A parcel of land located in Gov't Lot 2 of Section 30, Township 41 North, Range 6 East, of the 4th Principal Meridian, Town of Lac du Flambeau, Vilas County, Wisconsin, more particularly described as follows:

Commencing at the North Quarter Corner of Section 30, marked by a capped iron rod, thence N88°50'52"W, along the north line of the Northeast Quarter of the Northwest Quarter, a distance of 1326.90 feet to the West Sixteenth Corner between Sections 19 and 30, marked by a capped iron pipe; thence S0°33'56"E, along the west line of the Northeast Quarter of the Northwest Quarter, a distance of 1319.84 feet to the Northwest Sixteenth Corner, marked by a capped iron pipe; thence S0°31'42"E, along the west line of Gov't Lot 2, a distance of 325.03 feet to the northeasterly right of way of Elsie Lake Lane and the place of beginning of the exterior boundary of the right of way of Elsie Lake Lane.

Thence along the arc of a curve concave southwesterly, a distance of 205.60 feet, said arc has a radius of 310.48 feet, a delta of 37°56'28", and a chord that bears S30°04'57"E, a distance of 201.87 feet; thence S11°06'43"E, a distance of 124.96 feet; thence along the arc of a curve concave westerly, a distance of 208.97 feet, said arc has a radius of 3847.14 feet, a delta of 3°06'44", and a chord that bears S9°33'21"E, a distance of 208.94 feet; thence S7°59'59"E, a distance of 47.32 feet; thence along the arc of a curve concave westerly, a distance of 210.93 feet, said arc has a radius of 1115.68, a delta of 10°49'57", and a chord that bears S2°34'07"E, a distance of 210.62 feet; thence along the arc of a curve concave westerly, a distance of 72.84 feet, said arc has a radius of 186.43 feet, a delta of 22°22'37", and a chord that bears S14°01'49"W, a distance of 72.35 feet; thence S25°12'02"W, a distance of 99.87 feet; thence along the arc of a curve concave easterly, a distance of 82.86 feet, said arc has a radius of 590.09 feet, a delta of 8°02'44", and a chord that bears S21°10'40"W, a distance of 82.79 feet; thence N89°12'01"W, a distance of 68.66 feet; thence N16°45'58"E, a distance of 14.88 feet; thence along the arc of a curve concave easterly, a distance of 96.58 feet, said arc has a radius of 656.09 feet, a delta of 8°26'03", and a chord that bears N20°59'00"E, a distance of 96.49 feet; thence N25°12'02"E, a distance of 99.87 feet; thence along the arc of a curve concave westerly, a distance of 47.07 feet, said arc has a radius of 120.43 feet a delta of 22°22'37", and a chord the bears N14°01'49"E, a distance of 46.73 feet; thence along the arc of a curve concave westerly, a distance of 198.46 feet, said arc has a radius of 1049.68 feet, a delta of 10°49'57" and a chord that bears N2°34'07"W, a distance of 198.16 feet; thence N7°59'59"W, a distance of 47.32 feet; thence along the arc of a curve concave westerly, a distance of 205.38 feet, said arc has a radius of 3781.14 feet, a delta of 3°06'44", and a chord the bears N9°33'21"W, a distance of 205.36 feet; thence N11°06'43"W, a distance of 124.96 feet; thence along the arc of a curve concave southwesterly, a distance of 94.56 feet to said west line of Gov't Lot 2, said arc has a radius of 244.48, a delta of 22°09'40", and a chord the bears N22°11'34"W, a distance of 93.97 feet; thence N0°31'42"W, along said west line, a distance of 100.39 feet to the place of beginning.

That portion of Elsie Lake Lane described above contains 0.67 acres.

I, Emily K. Pierce, Professional Land Surveyor No. S-2728, hereby certify that I have surveyed the property shown hereon; that this map represents an accurate survey of said property to the best of my knowledge and belief; that I have performed this survey by order of First American Corporation and Chicago Title Land Trust; and that I have complied with the requirements of Wisconsin Administrative Code A-E 7.

STEIGERWALDT LAND SURVEYING, LLC

*Emily K Pierce*

Professional Land Surveyor No. S-2728
Dated this February 6, 2019
Field work completed on December 19, 2018



| STEIGERWALDT LAND SURVEYING, LLC |||
|---|---|---|
| 856 NORTH 4TH STREET, TOMAHAWK, WI 54487 PHONE #: (715) 453-3274   FAX #: (715) 453-8325 www.steigerwaldt.com |||
| JOB #: 6052 | DWG #: 6052 Elsie Lake Lane 432-7H60 | Sheet 2 of 2 |