# COURTROOM MINUTES
# CIVIL

DATE: 6/7/2023  DAY: Wednesday  START TIME: 1:04 p.m.  END TIME: 2:19 p.m.
JUDGE/MAG.: Conley  CLERK: LAM  REPORTER: PH
CASE NO.: 23-cv-135-wmc  CASE NAME: Donald Pollard et al v. John Johnson Sr. et al

**APPEARANCES:**

PLAINTIFF(S): David Peterson    DEFENDANT(S): Andrew Adams, III
Bridget Hubing    Leah Jurss
Samuel Sylvan    Samantha Hermsen
Olivia Schwartz    Lorenzo Gudino

**PROCEEDING:**

☐ CONFIRMATION OF SALE
☐ CONTEMPT OF COURT
☐ MOTION FOR DEFAULT JUDGMENT
☐ ORDER TO SHOW CAUSE
☒ OTHER: Motion hearing

Counsel in case no. 23-cv-355-wmc appeared for motion hearing as follows: Attorneys Samuel Gollis, Megan Stelljes for the United States; Attorney Frank Kowalkowski for Town of Lac de Flambeau

Hearing on plaintiffs' motion for preliminary injunctive relief and defendants' motion to dismiss

TOTAL COURT TIME: 1h 15m