IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD POLLARD, BONNIE POLLARD, JAMES BAIRD, KAREN BAIRD, BIG CROOKED BIG TOP, LLC, JAMES WILLIAM MILNE, SANDRA P. THOMPSON, KEVIN CHRISTENSEN, BARBARA CHRISTENSEN, DAVID AND TERESA KIEVET, AS TRUSTEES OF THE DAVID M. AND TERESA R. KIEVET LIVING TRUST DATED MAY 27, 2020, SUE PETERSON, AS CO-TRUSTEE OF THE MARK J. PETERSON AND SUSAN M. PETERSON REVOCABLE LIVING TRUST DATED MARCH 22, 2021, SPANTON CONTRACTING, LLC, MICHAEL CLARK, NANCY CLARK, JOSEPH FERMANICH, SALLY FERMANICH, JOSEPH HUNT, MARTHA HUNT, STANLEY GRIDLEY JOHNSON, JENNIFER GRIDLEY JOHNSON, ANTHONY MARKOVICH, NANCY MARKOVICH, DAVID P. MIESS, SANDRA J. SCHLOSSER, MICHAEL HORNBOSTEL, MARSHA PANFIL, DENNIS PEARSON, RACHEL PEARSON, ROBERT BEER, NICOLE BEER, JOHN DISCH, MARY POSSIN, GARY AND CHRISTINE HUCK AS TRUSTEES OF THE GARY J. HUCK TRUST, JULIE M. KILGER, STEVEN AND SHARON LEFEBER AND RYAN LEFEBER AS TRUSTEES OF THE STEVEN P. LEFEBER TRUST, JULIE WALSH, MICHAEL THOMAS, VICTORIA THOMAS, and THOMAS WALSH,

   Plaintiffs,

 v.

Case No. 23-cv-135-wmc

JOHN JOHNSON, SR., GEORGE W. THOMPSON, WILLIAM J. STONE, JAMIE ANN MARIE ALLEN, RAYMOND ALLEN, JEFFERY BAUMAN, SR., ERIC CHAPMAN, SR., LYLE THOMAS CHAPMAN, PAULA POUPART, LOUIS ST. GERMAINE, JOSEPH WILDCAT, SR., AND PATRICIA ZIMMERMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiffs' federal claim, dismissing plaintiffs' state law claims without prejudice, and dismissing this case.

    s/ Deputy Clerk                                              8/16/2023
Joel Turner, Clerk of Court                            Date